IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**ROBERT SAYERS**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO.: 3:14-CV-3065**

**SHERIFF ROBERT GRUDEK, Carroll
County, Arkansas; RAY HOBBS, Director
of the Arkansas Department of Correction; and
DAVE MUNIZ, Berryville Police Department**                                **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 38) filed in this case on November 24, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Plaintiff filed a Response (Doc. 40) on December 4, 2015, in which he stated that he had no objection to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Doc. 37) is **DENIED**.

IT IS SO ORDERED on this 8th day of January, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE